IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY SHERRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-07519 |
| ) | Judge Matthew F. Kennelly |
| SUN LIFE ASSURANCE COMPANY ) | |
| OF CANADA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF**
**JUDGMENT PURSUANT TO FED. R. CIV. P. 52**

Now comes the Plaintiff, Mary Sherrell, by her attorneys, Mark D. DeBofsky and DeBofsky Sherman Casciari Reynolds, P.C., and hereby moves, pursuant to Fed. R. Civ. P. 52, for judgment in her favor and against the Defendant Sun Life Assurance Company of Canada based on the ERISA claim record compiled in this matter. A memorandum of law and separate statement of facts are being simultaneously filed in support of this motion.

WHEREFORE, Plaintiff prays that the Court grant Plaintiff's Motion for the Entry of Judgment.

/s/ Mark D. DeBofsky

_____
Mark D. DeBofsky
Attorneys for Plaintiff

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com

## **CERTIFICATE OF SERVICE**

TO:  All counsel of record

The undersigned attorney hereby certifies that on June 12, 2021, he electronically filed the foregoing Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 52 with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all counsel of record.

/s/ Mark D. DeBofsky

_____

Mark D. DeBofsky
Attorneys for Plaintiff

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com