# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARY SHERRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-07519 |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) Judge Matthew Kennelly ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

Defendant, Sun Life Assurance Company of Canada ("Sun Life" or Defendant"), by counsel, pursuant to Fed. R. Civ. P. 52, hereby files its Motion for Entry of Judgment. In support of this Motion, Sun Life files contemporaneously herewith and incorporates herein its Memorandum in Support of Defendant's Motion for Entry of Judgment and Response to Plaintiff's Motion for Entry of Judgment, Statement of Facts, and Response to Plaintiff's Corrected Statement of Facts.

Respectfully submitted: July 12, 2021.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Mark E. Schmidtke*
Mark E. Schmidtke
mark.schmidtke@ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219-242-8668
Facsimile: 219-242-8669
**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2021 the foregoing was filed electronically, and service of same will be made on the following via the Court's CM/ECF system:

  Mark D. DeBofsky
  mdebofsky@debofsky.com

          /s/ *Mark E. Schmidtke*